UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DEUTSCHE BANK TRUST COMPANY :
AMERICAS, solely as Trustee, :
: 
: 
        Plaintiff, :   15 Civ. 3869 (GHW)
: 
v. :
: 
AMERICAN GENERAL LIFE INSURANCE :
COMPANY; SERENGETI OPPORTUNITIES :
MM LP; SERENGETI LYCAON MM LP, :
DEPOSITORY TRUST COMPANY, as legal :
owner or holder of Notes under the Trust Deed :
dated as of February 26, 2003 among Northlake :
CDO I Limited, as Issuer, Northlake CDO I Corp. :
as Co-Issuer, and Deutsche Bank Trust Company :
Americas, as Trustee; NORTHLAKE CDO I :
LIMITED; NORHTLAKE CDO I CORP.; :
DOES 1 through 100, owners of beneficial :
interests in Notes under the Trust Deed; and :
DOES 101 through 200, owners of beneficial :
interests in Preferrerd Shares under the Trust Deed, :
:
        Defendants. :
:
------------------------------------------------------------x

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that the undersigned hereby respectfully enters his appearance as attorney of record for Defendant The Depository Trust Company in the above-captioned proceedings and requests that all subsequent papers be served upon him at the address below. I certify that I am admitted to practice in this Court.

1

Dated: June 15, 2015

        Respectfully submitted,

        EISEMAN LEVINE LEHRHAUPT
        & KAKOYIANNIS, P.C.

        By: ___/s/_____
            Eric P. Heichel

            805 Third Avenue, 10th Floor
            New York, New York, 10022
            Telephone: (212) 752-1000
            Fax: (212) 355-4608
            Email: eheichel@eisemanlevine.com

        Counsel to The Depository Trust Company