**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, solely as Trustee,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY; SERENGETI OPPORTUNITIES MM LP; SERENGETI LYCAON MM LP, DEPOSITORY TRUST COMPANY, as legal owner or holder of Notes under the Trust Deed dated as of February 26, 2003 among Northlake CDO I Limited, as Issuer, Northlake CDO I Corp. as Co-Issuer, and Deutsche Bank Trust Company Americas, as Trustee; NORTHLAKE CDO I LIMITED; NORHTLAKE CDO I CORP.; DOES 1 through 100, owners of beneficial interests in Notes under the Trust Deed; and DOES 101 through 200, owners of beneficial interests in Preferred Shares under the Trust Deed,<br><br>Defendants. | Case No. 15 Civ. 3869 (GHW)<br><br>**RULE 7.1 STATEMENT OF THE DEPOSITORY TRUST COMPANY** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant The Depository Trust Company, states that it has no publicly traded parent company and that no publicly traded company owns ten per cent or more of The Depository Trust Company.

Dated:  June 23, 2015

EISEMAN LEVINE LEHRHAUPT
 & KAKOYIANNIS, P.C.

By: /s/Eric P. Heichel
     Eric P. Heichel
805 Third Avenue
New York, New York 10022
T:  212-752-1000
F:  212-355-4608
eheichel@eisemanlevine.com
Attorneys for The Depository Trust
Company

2